THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO DE ANGELO, Appellant.

Submitted March 11, 1955; decided March 11, 1955.

Motion for order vacating order of the Court of Appeals dated January 21, 1954, which dismissed appeal, denied. [See 306 N. Y. 743.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARDO SALEMI, Appellant.

Submitted January 17, 1955; decided March 11, 1955.

Motion for an order pursuant to section 503 of the Code of Criminal Procedure granted and the week beginning April 18, 1955, fixed for the execution of the death sentence. [See 306 N. Y. 863.]